# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>PETER JAMES GALLICHIO<br>CARRIE CAPONE GALLICHIO<br>Debtor(s) | Case No. 11-18177 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/28/2011.

2) The plan was confirmed on 12/22/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/27/2012.

5) The case was converted on 03/15/2013.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $43,175.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $63,002.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $63,002.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,841.22 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,563.88 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,405.10

Attorney fees paid and disclosed by debtor: $1,658.78

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI | Unsecured | 27.49 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Unsecured | 2,613.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CHARTERED BANK | Secured | 3,167.88 | 366.18 | 366.18 | 366.18 | 0.00 |
| AMERICAN CHARTERED BANK | Secured | 0.00 | 21,746.89 | 21,746.89 | 21,746.89 | 0.00 |
| AMERICAN CHARTERED BANK | Secured | 0.00 | 29,932.01 | 29,932.01 | 29,932.01 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 153.00 | 153.60 | 153.60 | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 2,730.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | NA | 35.72 | 35.72 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | NA | 253.24 | 253.24 | 0.00 | 0.00 |
| BENEDICTINE UNIVERSITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 17,344.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 11,959.00 | 11,959.67 | 11,959.67 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | NA | 3,001.18 | 3,001.18 | 0.00 | 0.00 |
| CAROLE FABRICS INC | Unsecured | NA | 1,922.04 | 1,922.04 | 0.00 | 0.00 |
| CCA | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 913.72 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 2,055.53 | 1,513.88 | 1,513.88 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 370.04 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 3,961.00 | 4,070.55 | 4,070.55 | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 2,851.10 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION SERVICES | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| JAMES STEVENS & DANIELS | Unsecured | 2,373.11 | NA | NA | 0.00 | 0.00 |
| JOSE A TORRES LANDSCAPING SERV | Unsecured | 1,170.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Secured | 56,681.45 | 56,681.45 | 56,681.45 | 6,551.82 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JP MORGAN CHASE BANK NA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LAKE RIDGE | Unsecured | 24,472.60 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 1,080.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 637.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,026.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 309.31 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,700.73 | 1,962.10 | 1,962.10 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 916.00 | 2,966.84 | 2,966.84 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 409.37 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 795.57 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 368.12 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,800.00 | 1,800.31 | 1,800.31 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 17,344.00 | 17,344.37 | 17,344.37 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 54.80 | NA | NA | 0.00 | 0.00 |
| R&M FABRICS INC | Unsecured | NA | 10,231.99 | 10,231.99 | 0.00 | 0.00 |
| SANDRA FINERTY | Unsecured | NA | 15,980.00 | 15,980.00 | 0.00 | 0.00 |
| STATE FARM FIRE AND CASUALTY | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| TROJAN PROFESSIONAL | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Unsecured | NA | 2,571.72 | 2,571.72 | 0.00 | 0.00 |
| VERICORE | Unsecured | 28.09 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FOREST PARK | Unsecured | 1,259.69 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $51,678.90 | $51,678.90 | $0.00 |
| Mortgage Arrearage | $57,047.63 | $6,918.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$108,726.53** | **$58,596.90** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$75,767.21** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,405.10 |
| Disbursements to Creditors | $58,596.90 |
| **TOTAL DISBURSEMENTS** : | **$63,002.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/29/2013           By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**